Jose Orlando GUEVARA–SOSA, Appellant,

v.

Linda SANDERS, Warden, FCI–FC; Prince, Dr., FCI–FC; Taylor, Physician's Assistant, FCI–FC; M. Dye, Food Service Supervisor, FCI–FC; J. Jiminez, Health Services Administrator (originally sued as John Doe), Appellees.

No. 08–1478.

United States Court of Appeals, Eighth Circuit.

Submitted: April 30, 2010.

Filed: May 7, 2010.

Jose Orlando Guevara–Sosa, Youngstown, OH, pro se.

Gwendolyn Hodge, U.S. Attorney's Office, Little Rock, AR, for Appellees.

Before LOKEN, BYE, and SHEPHERD, Circuit Judges.

PER CURIAM.

Federal inmate Jose Guevara–Sosa appeals the district court's[1] adverse grant of summary judgment in this civil rights action. Following careful de novo review,

see Popoalii v. Corr. Med. Servs., 512 F.3d 488, 499 (8th Cir.2008) (summary judgment standard of review), we agree with the district court that Guevara–Sosa offered no evidence of a trial-worthy issue in response to defendants' evidence that he received adequate medical care for his chronic back problems, see Fed R. Civ. P. 56(e)(2) (nonmoving party must set out specific facts showing genuine issue for trial); Estelle v. Gamble, 429 U.S. 97, 104–07, 97 S.Ct. 285, 50 L.Ed.2d 251 (1976) (discussing medical deliberate-indifference standard in prison context). Accordingly, we affirm. See 8th Cir. R. 47B. We also deny Guevara–Sosa's motion for appointment of counsel.

---

1. The Honorable J. Thomas Ray, United States Magistrate Judge for the Eastern District of Arkansas, to whom the case was referred for final disposition by consent of the parties pursuant to 28 U.S.C. § 636(c).